# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MICHAEL DOLAN; and SHANA DOLAN,

    Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-157

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 49.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action with prejudice and **TERMINATES** all motions and deadlines. The Clerk of Court shall **CLOSE** this case.

**SO ORDERED**, this 4th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA